**NEXTEC APPLICATIONS, INC.,**
Plaintiff–Appellant,

v.

**BROOKWOOD COMPANIES, INC.,**
Defendant–Cross–Appellant.

Nos. 2012–1670, 2012–1685.

United States Court of Appeals, Federal Circuit.

Nov. 18, 2013.

Nagendra Setty, Sheppard, Mullin, Richter & Hampton, LLP, of San Francisco, CA, argued for plaintiff-appellant. With him on the brief were Stephen S. Korniczky, Edward V. Anderson, and Mi-

chael Murphy. Of counsel was Daniel Nicholas Yannuzzi, of San Diego, CA.

Daryl L. Joseffer, King & Spalding, LLP, of Washington, DC, argued for defendant-cross appellant. With him on the brief were Karen F. Grohman; Adam M. Conrad, of Charlotte, NC; Ethan Horwitz, of New York, NY; and Mary Katherine Bates, of Atlanta, GA.

RADER, Chief Judge, MAYER, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**